UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LISA WAGNER, an individual

    Plaintiff,

v.                                    Case No: 2:14-cv-29-FtM-38CM

LEE COUNTY, FLORIDA BOARD
OF COUNTY COMMISSIONERS,
GLEN SALYER, JAMES MOORE,
CHRISTINE BRADY and JENNIFER
BERG,

    Defendants.
_____/

## ORDER[1]

This matter is before the Court on Defendant Lee County, Florida Board of County Commissioners' Motion for Stay of Count IX and Related Discovery (Doc. #42) filed on August 14, 2014. Plaintiff Lisa Wagner filed a Response to Defendant's Motion to Stay Discovery (Doc. #46) on August 26, 2014. Thus, the motion is ripe for review.

Defendant Lee County, Florida Board of County Commissioners ("Defendant County") moves for a stay of Count IX of Plaintiff's Amended Complaint pending resolution of Defendant County's Motion for Summary Judgment on Count X of Plaintiff's Amended Complaint (Doc. #41). Since the Court denied Defendant County's Motion for Summary

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Judgment in an Order dated October 16, 2014 ([Doc. #49](#)), the Court will now deny Defendant County's Motion for Stay ([Doc. #42](#)) as moot.

Accordingly, it is now

**ORDERED:**

Defendant Lee County, Florida Board of County Commissioners' Motion for Stay of Count IX and Related Discovery ([Doc. #42](#)) is **DENIED** as moot.

**DONE** and **ORDERED** in Fort Myers, Florida this 21st day of October, 2014.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record