UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LISA WAGNER,

       Plaintiff,

v.                                                     Case No: 2:14-cv-29-FtM-38CM

LEE COUNTY, FLORIDA BOARD OF COUNTY COMMISSIONERS, a political subdivision of the State of Florida, GLEN SALYER, an individual, JAMES MOORE, an individual, JENNIFER BERG, an individual, and CHRISTINE BRADY, an individual,

       Defendants.
_____/

**AMENDED CASE MANAGEMENT AND SCHEDULING ORDER**[1]

      This matter comes before the Court on Plaintiff Lisa Wagner and Defendant Lee County's Joint Motion to Extend Trial Deadlines Set Forth in Case Management and Scheduling Order (Doc. #74) filed on October 21, 2015.  The parties request a thirty-day extension of time for the remaining pretrial deadlines in order to provide the Court sufficient time in considering the motions for summary judgment and to minimize litigation expenses while those potentially dispositive motions are pending.  (Doc. #74 at 2).  Having considered the parties' motion, the Court finds good cause to extend the pretrial deadlines as requested.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Accordingly, it is now

**ORDERED:**

Plaintiff Lisa Wagner and Defendant Lee County's Joint Motion to Extend Trial Deadlines Set Forth in Case Management and Scheduling Order (Doc. #74) is **GRANTED**. The deadlines in the above-captioned case are amended as follows:

| | |
|---|---|
| Meeting *In Person* to Prepare Joint Final Pretrial Statement | November 30, 2015 |
| Joint Final Pretrial Statement (including joint-proposed jury instructions and verdict form, case-specific *voir dire* questions, witness lists, and exhibit lists, all of which must also be emailed in Microsoft Word® format to the Chambers' inbox) | December 14, 2015 |
| All Other Motions (including motions *in limine*) and Trial Briefs (non-jury trials) | December 14, 2015 |
| Final Pretrial Conference       Date:<br>                                               Time: | January 22, 2016<br>9:30 a.m. |
| Trial Term Begins<br>Note: Trials before a Magistrate Judge begin on a date certain. | February 1, 2016 |

**DONE and ORDERED** in Fort Myers, Florida on this 22nd day of October 2015

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record